# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

154165

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RODNEY CHARLES BUTLER,
     Defendant-Appellant.

SC: 154165
COA: 327430
Ogemaw CC: 14-004337-FH

_____/

     On order of the Court, the application for leave to appeal the June 2, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017



Clerk

t0125